HIRAM SMITH AND OTHERS, APPELLANTS, *v.* THE CITY OF ROCHESTER, RESPONDENT.

Motion to give case a preference denied.

ALONZO C. YATES AND OTHERS, RESPONDENTS, *v.* CORYDON BURCH AND OTHERS, APPELLANTS.

Judgment affirmed, on authority of *Wilson* v. *Palmer* (75 N. Y., 250).

MARY J. BURNETT, RESPONDENT, *v.* CHARLES S. WRIGHT, EXECUTOR, ETC., APPELLANT.

Judgment affirmed.

ALBERT COLLINS, RESPONDENT, *v.* OSCAR MUNN, AS SHERIFF, ETC., APPELLANT.

Judgment affirmed.

EUGENE J. WHITING AND OTHERS, RESPONDENTS, *v.* MICHAEL DOWDALL, APPELLANT.

Judgment affirmed. *Held*, action at law must be decided according to the rights of the parties as they existed when it was commenced, notwithstanding an equitable defense. (71 N. Y., 113.)

EDSON FOX, RESPONDENT, *v.* FREDERICK G. WEAVER, SHERIFF, ETC., APPELLANT.

Judgment and order affirmed.

HENRY B. COOK AND ANOTHER, AS ADMINISTRATORS, RESPONDENTS, *v.* WILLIAM P. WHITESIDE AND OTHERS, APPELLANTS.

Judgment and order affirmed. *Held*, that the demurrer to the complaint was not well taken.

DANIEL PRATT AND OTHERS, EXECUTORS, ETC., APPELLANTS, *v.* EDGAR MUNSON, IMPLEADED, ETC., RESPONDENT.

Judgment affirmed, with costs. (17 Hun, 475, followed.)

ANDREW BEERS, APPELLANT, *v.* THE SAME.

The like order.